**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MARK CRAWFORD**
12928 Asbury Drive
Ft. Washington, Md. 20744

**MELISSA MATTHEWS**
9804 Spar Court
Bowie, Md. 20721

**DURAND L. ODOM**
10914 Kencrest Drive
Bowie, Md. 20721

**NELSON RHONE, JR.**
12204 Armat Ct.
Laurel, Md. 20708

Plaintiffs,

v.

**JEFF B. SESSIONS**,
United States Attorney General,
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530

Serve on:

Executive Office for the
United States Attorney
Bicentennial Bldg., Suite 5000
555 4th Street, NW
Washington, DC 20530

-and-

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

Defendant.

Civil Action No. ________

Jury Trial Demanded

## COMPLAINT

Plaintiffs, Mark Crawford, Melissa Matthews, Durand L. Odom, and Nelson Rhone, by and through their undersigned counsel, files this Complaint against Defendant, Jeff B. Sessions, in his capacity as United States Attorney General, for violations of the federal anti-discrimination laws committed by the United States Department of Justice against Plaintiffs and in support thereof, allege as follows:

1. Plaintiff, Mark Crawford, is a resident of Maryland, and is currently employed as a Special Agent (SA) GS-1811-12 with the United States Department of Justice ("DOJ").

2. Plaintiff, Melissa Matthews, is a resident of Maryland, and is currently employed as a Special Agent (SA) GS-1811-12 with the United States Department of Justice ("DOJ").

3. Plaintiff, Durand L. Odom, is a resident of Maryland, and is currently employed as a Special Agent (SA) GS-1811-12 with the United States Department of Justice ("DOJ").

4. Plaintiff, Nelson Rhone, Jr., is a resident of Maryland, and is currently employed as a Special Agent (SA) GS-1811-12 with the United States Department of Justice ("DOJ").

5. Each plaintiff has had a long and distinguished career in law enforcement and service to the United States. Plaintiffs are assigned to the United States Attorney's Office Superior Court Division, Washington, D.C.

6. Defendant, Jeff B. Sessions, issued in his official capacity as United States Attorney General, because the United States Attorney's Office, Superior Court Division, is a bureau within the United States Department of Justice.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331 because this action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq. and the Lilly Ledbetter Fair Pay Act of 2009, 42 U.S.C. Section 2000e - 5(e)(3)(A)(B).

8. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(e) because a substantial portion of the events giving rise to the claim took place within the District of Columbia, where the Plaintiffs worked at the time of the events described herein and where the headquarters of Defendant are located.

## BASIS OF COMPLAINT

9. Plaintiffs claim that the United States Attorney's Office for the District of Columbia ("USAODC") discriminated against each of them based on their race (Black) when on or about August 6, 2015, August 20, 2015, and September 3, 2015, to the present, the USAODC paid them less than similarly-situated Caucasian employees.

10. Plaintiffs, on or about October 12, 2015, filed a formal complaint of discrimination with the U.S. Equal Employment Opportunity Commission, Washington, Field Office ("EEOC").

11. On or about March 30, 2017, the Plaintiffs elected to terminate the administrative review process to pursue their remedies in the United States District Court.

12. The EEOC entered an Order of Dismissal on March 30, 2017.

13. The Accepted Issue by the EEOC is whether management officials at the USAODC discriminated against each Plaintiff based on their race (Black) when, on or about August 6, 2015, August 20, 2015, and September 3, 2015, the USAODC paid them less than similarly-situated Caucasian employees.

14. Plaintiff, Mark Crawford, is a SA Criminal Investigator in the USAO's Superior Court Division. He has served in this capacity for 7 years. He has worked as a federal employee for over 29 years.

15. Plaintiff, Melissa Matthews, is a SA Criminal Investigator in the USAO's Superior Court Division. She has served in this capacity for 13 years. She has worked as a federal employee for over 30 years.

16. Plaintiff, Durand L. Odom, is a SA Criminal Investigator in the USAO's Superior Court Division. He has served in this capacity for 13 years. He has worked as a federal employee for over 26 years.

17. Plaintiff, Nelson Rhone, Jr., is a SA Criminal Investigator in the USAO's Superior Court Division. He has served in this capacity for 7 years. He has worked as a federal employee for over 30 years.

18. Each Plaintiff is currently a GS-12. Plaintiffs allege that Criminal Investigators in the U.S. District Court Division are rated at the GS-13 level. Plaintiffs allege that through re-organizations of the USAO, the Criminal Investigators were divided into the Superior Court Division and the District Court Division. Plaintiffs allege the USAO did not make the pay of Criminal Investigators in both divisions equal.

19. The Accepted Issue before the EEOC was whether management officials at the USAODC discriminated against each Plaintiff based on their race (Black) when, on or about August 6, 2015, August 20, 2015, and September 3, 2015, the USAODC paid them less than similarly-situated Caucasian employees.

20. Plaintiffs allege that the same duties, responsibilities, and qualifications apply to Criminal Investigators in both the Superior Court and the District Court Divisions, Plaintiffs allege that Criminal Investigators "routinely perform investigative duties and responsibilities across division lines." Plaintiffs allege that the Criminal Investigators in both divisions must meet the same standards "with respect to firearms proficiency, medical standards, security clearances, and training standards." Plaintiffs allege that there are no differences in pay in any other positions in different divisions.

21. Plaintiffs allege that they brought their concerns regarding the pay disparity to numerous management officials beginning in 2008 and continuing through 2015 and the present. Plaintiffs allege that management officials, to date, have not equalized the pay between the divisions.

22. Plaintiffs allege that USAO management officials are discriminating against them based on their race because all of the GS-13 positions in the District Court Division are held by Caucasians who have less time and experience then they do, and the USAODC has not provided any rationally reliable reason for the pay disparity, among similarly situated employees.

23. To corroborate racial discrimination as a factor in this pay disparity claim, Chris Brophy, a GS-13 supervisor, who is the direct supervisor of each of the plaintiffs, reportedly had a conversation on work premises, during work hours, between himself and District Manager Security Officer Sha-Kil R. Moss, who is Black, who he also supervises. Apparently,, desiring that the conversation remain confidential between himself and Mr. Moss, Brophy reportedly stated to Mr. Moss: "Keep this between us, we don't want the **Cornfield** to know." [Emphasis added.] It was clear to Mr. Moss that in context Brophy's "Cornfield" comment referred to the plaintiffs, who are Black criminal investigators. "Cornfield" has pejorative, biased, and prejudicial connotations when four Black employees are referred to in the aggregate as the "Cornfield." This metaphor, in context, was reasonably interpreted by the plaintiffs to refer to plantation cotton picking and the ignominious history of slavery.

24. Supervisory Criminal Investigator/SA Christopher Brophy was routinely making pejorative and biased statements about Plaintiff Mark Crawford to those he supervised. These biased statements included referring to Plaintiff Mark Crawford as "Tommy's Boy." As an adult Black male, the phrase "Tommy's Boy" was biased, degrading, and prejudicial to the dignity of Plaintiff Mark Crawford.

25. Each pay check received by Plaintiffs on or about August 6, 2015, August 20, 2015, and September 3, 2015, to the present, is less than similarly situated employees outside their protected class and that discrimination is the reason for the pay disparity.

WHEREFORE, Plaintiffs pray for judgment against Defendant that provides the following relief:

a. Promotion to a GS-13 grade position with all appropriate back pay, including step increases;

b. Wages and compensation commensurate with a GS-13 level;

c. Compensation to offset payment into retirement accounts ("TSP");

d. Compensatory damages;

e. Punitive damages;

f. Reasonable attorneys' fees and costs;

g. Interest as allowed by law; and

h. For such other and further relief as the Court deems necessary and proper.

**JURY DEMAND**

Plaintiffs pray for a trial by jury with respect to all issues as triable.

Respectfully submitted,

/s/ Lawrence Berger
Lawrence Berger, Esq.
Mahon & Berger, Esqs.
70 Glen Street, Suite 249
Glen Cove, New York 11542
516 671 2688

Dated: April 21, 2017